UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 15-04537-MWF (DTB)**                              Date: **August 26, 2015**

Title: **David Conrad v. D. Rodriguez, et al.**
========================================================================
**DOCKET ENTRY**
========================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANTS:
　　None present                                                None present

**PROCEEDINGS: (IN CHAMBERS)**

　　On August 4, 2015, the Court advised plaintiff that it was the Court's intention to proceed with the First Amended Complaint ("FAC") as the operative complaint in this action. To the extent plaintiff desired to proceed with the Complaint, and have the FAC be a separate action, he was to advise the Court of such. In response to the Court's inquiry, plaintiff filed a "Motion to Proceed With F.A.C." ("Motion") [Dkt. # 20] on August 19, 2015. In his Motion, plaintiff advised the Court that he "wish's [sic] to proceed with the FAC as the active or operative complaint" (Motion at 2). However, plaintiff also states that "I do not want D. Rodriguez (defendant) to be removed from this complaint . . . [i]f the defendant D. Rodriguez was removed from the action the plaintiff would be forced to do another amended complaint saying the same allegations." (Motion at 1-2.)

　　The Court has read and considered plaintiff's Motion and hereby GRANTS in part and DENIES in part the same. Plaintiff's request to proceed with the FAC as the operative complaint in this action is GRANTED. Under separate cover, the Court will screen the FAC for service. The Court's Orders directing service [Dkt. Nos. 7-9] are hereby STRICKEN from the docket. With respect to plaintiff's desire to have the Court consider the allegations of the Complaint along with the FAC, and to include defendant Rodriguez as a defendant in the FAC, that request is DENIED. Any amended complaint is to be complete in and of itself without reference to the original complaint. As defendants Rodriguez and Grice were not named as defendants in the FAC, they were

MINUTES FORM 11                                                                 Initials of Deputy Clerk __DC__
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:     **CV 15-04537-MWF (DTB)**                                   **August 26, 2015**
     **David Conrad v. D. Rodriguez, et al.**                                            **Page 2**

------------------------------------------------------------------

terminated from this action upon the filing of the FAC. Should plaintiff desire to proceed with this action against defendants Rodriguez and Grice, he may seek leave to file an amended complaint pursuant to Fed. R. Civ. P. 15 by filing a motion for leave to amend, and attached his proposed amended complaint to the motion.

MINUTES FORM 11                                                                Initials of Deputy Clerk  DC
CIVIL-GEN