# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY THOMPSON,<br>    Petitioner,<br>  v.<br>DANIEL PARAMO, Warden,<br>    Respondent. | CASE NO. 2:15-cv-05725-JVS (SK)<br>**JUDGMENT** |

  Pursuant to the Order Accepting the Report and Recommendation to Dismiss Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed with prejudice.

DATED: October 27, 2017

            HON. JAMES V. SELNA
            U.S. DISTRICT JUDGE